OLIVER v. IOWA CENT. RY. CO. et al.

(Circuit Court, S. D. Iowa, C. D. May 31, 1900.)

REMOVAL OF CAUSES—DIVERSITY OF CITIZENSHIP—TIME FOR FILING PETITION.
A cause is not removable on the ground of diversity of citizenship, where the petition therefor was not filed until three months after an answer was due from the petitioning defendant in the state court, and such petition, when filed, failed to disclose the citizenship of a co-defendant, or the existence of a separable controversy.[1]

On Motion to Remand to State Court.

Bolton, McCoy & Bolton, for plaintiff.
Geo. W. Seevers, for defendants.

SHIRAS, District Judge. From the record in this case it appears that the original petition was filed in the state court on the 30th of September, 1899, to which petition the Iowa Central Railway Company was the sole defendant. On the 6th of October following an amendment to the petition was filed, making one Richard Pender a co-defendant to the action, and on the 14th of October an answer on

[1] Diverse citizenship as ground for removal, see notes to Shipp v. Williams, 10 C. C. A. 249, and Mason v. Dullaghan, 27 C. C. A. 298.

behalf of Pender was filed. On the 15th day of January, 1900, a petition for removal of the case to the United States circuit court was filed on behalf of the railway company on the ground of diverse citizenship. In this petition no reference is made to the defendant Pender, nor is it shown in any way what his residence and citizenship are, nor is it averred that there exists in the case a separable controversy between the plaintiff and the defendant railway company. Furthermore, the action was brought to the October term, 1899, of the state court, the answer from defendant being due on October 16th; whereas, the petition for removal was not filed until January 15th. The state court rightly refused to grant the order of removal under these circumstances. The motion to remand to the state court is therefore granted.